UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GRANJAS AQUANOVA S.A. de c.v.,
A Mexican Corporation                                                                PLAINTIFF

v.                                    CASE NO. 3:07-CV-00168 BSM

HOUSE MANUFACTURING COMPANY,
INC.; JOHN DOES 1-10; and ABC
ENTITIES 1-10                                                                         DEFENDANTS

## ORDER

Before the court are plaintiff's motion in limine (Doc. No. 44), and defendant's motions in limine (Doc. Nos. 46 and 51).  As the trial of this case has been continued, and several of the issues raised concern late disclosure of witnesses and exhibits, these motions are moot.

Accordingly, plaintiff's motion in limine (Doc. No. 44) and defendant's motions in limine (Doc. Nos. 46 and 51) are denied as moot.

IT IS SO ORDERED this 24th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE