# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GRANJAS AQUANOVA SA de CV**                                                      **PLAINTIFF**

v.                              **CASE NO. 3:07CV00168 BSM**

**HOUSE MANUFACTURING COMPANY, INC.**                          **DEFENDANT**

## ORDER

Angie Hopkins is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the United States Federal Building and Courthouse in Jonesboro between Monday, August 23, 2010 and Monday, August 30, 2010, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or

anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 24th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE