**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**GRANJAS AQUANOVA S.A. de C.V.**                                                                **PLAINTIFF**

v.                       **CASE NO. 3:07-CV-00168 BSM**

**HOUSE MANUFACTURING COMPANY
INC.**                                                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the verdict returned by the jury on August 27, 2010 in favor of plaintiff, Granjas Aquanova S.A. de C.V., on plaintiff's claims for breach of contract and negligent misrepresentation and in favor of defendant, House Manufacturing Company, Inc., on plaintiff's claim for products liability;

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff Granjas Aquanova have and recover from defendant damages in the amount of six-hundred-seventy-five-thousand dollars ($675,000), interest accruing daily at a post judgment interest rate of 0.26 percent.

IT IS SO ORDERED this 2nd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE